**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**



| | | |
|---|---|---|
| In Re: | Guillermina Watts–Nunez<br>Debtor | Case No.: 12–33389<br>Chapter: 13 |

ENTERED
01/31/2017

### ORDER CLOSING CASE WITHOUT DISCHARGE

The estate has been fully administered.  The Debtor has not filed a certification that all § 1328 requirements have been satisfied.  Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is canceled.

3. This case is closed without entry of a discharge.

Signed and Entered on Docket: 1/31/17

MARVIN ISGUR
United States Bankruptcy Judge